## IN RE ESTATE OF KATSOS

No. 181P87.

Case below: 84 N.C. App. 682.

Petition by Tim Katsos for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987.

## IN RE WADDELL

No. 192P87.

Case below: 84 N.C. App. 700.

Petition by Durham County Department of Social Services, et al. for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987.

## IPOCK v. GILMORE

No. 251P87.

Case below: 85 N.C. App. 70.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 7 July 1987. Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 July 1987.

## LOWDER v. ALL STAR MILLS, INC.

No. 282P87.

Case below: 85 N.C. App. 329.

Petition by several defendants for writ of certiorari to the North Carolina Court of Appeals denied 7 July 1987.

## MADDEN v. CHASE

No. 115P87.

Case below: 84 N.C. App. 289.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987.